Filed in U.S. Bankruptcy Court
Atlanta, Georgia

JAN 29 2018

M. Regina Thomas, Clerk
By: _____
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:                                              CASE NO. 18-51172-pmb

CAROL ELIZABETH RENDER                              CHAPTER 13

Debtor(s).

### NOTICE TO LANDLORD/LESSOR CONCERNING APPLICABILITY OF EXCEPTION TO AUTOMATIC STAY PROVIDED UNDER 11 U.S.C. § 362(b)(22)

Debtor or Debtors (hereinafter "Debtor") in this case has identified you as a Landlord/Lessor who has obtained a judgment for possession of residential property in which Debtor resides as a tenant. In accordance with 11 U.S.C. § 362(l)(4)(B) you are hereby notified that the exception to the automatic stay as provided under 11 U.S.C. § 362(b)(22) may be applicable because:

1.
   - ☐ Debtor has not filed a certification that under applicable non-bankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, or

   - ☒ Debtor has not filed a certification that Debtor(s) has deposited with the Court the rent that would become due during the 30-day period after the filing of the petition; or

   - ☒ Debtor has not made the appropriate deposit with the Court.

2.
   - ☐ Debtor has not filed a certification that Debtor has cured, under non-bankruptcy law applicable in this jurisdiction, the entire monetary default that gave rise to the judgment under which possession is sought by the Landlord/Lessor.

Where applicable, certified copies of the case docket and/or certification are enclosed. This Notice will be served upon Landlord/Lessor and Debtor and their counsel, if any.

Dated: January 29, 2018

United States Bankruptcy Court
75 Ted Turner Drive, SW
Room 1340
Atlanta, Georgia 30303

M. REGINA THOMAS, Clerk of Court

Notice to LandLord - 02/2016

List of Parties Notified:

> Carol Elizabeth Render
> 4050 Morgan Road
> Apt 133
> Union City, GA 30263

> Southwood Realy Managment
> c/o Hidden Lakes Apts
> 4050 Morgan Road
> Union City, GA 30291

Number of labels for parties shown above: 2

Pursuant to Fed. R. Bank. P. 9022 and 7005, I certify that on the date stated below, I served a copy of the foregoing document(s) on each of the persons and entities named in the foregoing list by United States Mail at the respective addresses shown.

Date: __JAN 2 9 2018__        M. Regina Thomas, Clerk of Court

By: _____
Regina Flanagan      (FLANAGANR)